FILED - GR
March 26, 2024 2:28 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW / 3-26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH CHRISTOPHER LEHNERT,

    Defendant.
_____/

1:24-cr-45
Paul L. Maloney
United States District Judge

**FELONY INFORMATION**

The United States Attorney charges:

(False, Fictitious, or Fraudulent Claims)

On or about June 10, 2021, in Van Buren County, in the Southern Division of the Western District of Michigan, the defendant,

**JOSEPH CHRISTOPHER LEHNERT,**

made and presented a claim upon and against the United States, or any department or agency thereof, knowing such claim to be false, fictitious, and fraudulent. Specifically, the defendant knowingly submitted a false and fraudulent claim for unemployment insurance benefits to the United States Railroad Retirement Board, an agency of the United States, when in fact he was employed and not eligible to receive such benefits.

18 U.S.C. § 287

                                          MARK A. TOTTEN
                                        United States Attorney

Date: March 26, 2024                /s/ Christopher M. O'Connor
                                        CHRISTOPHER M. O'CONNOR
                                        Assistant United States Attorney